**Electronically Filed**
**Intermediate Court of Appeals**
**29452**
**10-JAN-2012**
**09:42 AM**

NO. 29452

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JEFFREY SCOTT MURPHY, Plaintiff-Appellant,
v.
ROBERT E. LOVIN, dba LOVIN CONSTRUCTION, Defendant-Appellee
and
PROSERVICE HAWAII BUSINESS DEVELOPMENT CORPORATION,
MIKE JUAREZ, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 06-1-170K)

ORDER OF CORRECTION
(By: Ginoza, J., for the court[1])

The Opinion of the Court filed October 28, 2011, is hereby corrected as follows:

1. At page 8, last line of the second full paragraph change "do not" to "does not" so as corrected that sentence will read as follows:

> The language of the rules does not expressly address this point.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, January 10, 2012.

FOR THE COURT:

Associate Judge

---

[1] Foley, Presiding Judge, Fujise and Ginoza, JJ.